IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-00035-12D

UNITED STATES OF AMERICA :
:
v. :
:
ANDREA TRUE BRAYBOY :

FILED IN OPEN COURT
ON 11/28/2017
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement and Consent to Forfeiture entered into by the defendant, ANDREA TRUE BRAYBOY, on August 15, 2017 and November 27, 2017, respectively, and the defendant's guilty plea to an offense in violation of 21 U.S.C. § 846, the property listed in Exhibit A is hereby forfeitable pursuant to 21 U.S.C. § 853; and

WHEREAS, by virtue of said Memorandum of Plea Agreement and Consent to Forfeiture and the defendant's agreement therein, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement and Consent to Forfeiture as to the defendant, ANDREA TRUE BRAYBOY, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions

1

of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This 28 day of November, 2017.

*signature*
JAMES C. DEVER III
Chief United States District Judge

Exhibit A
(Items for Forfeiture)

1) $10,559 in U.S. Currency

2) $158,034 in U.S. Currency

3) 2008 Chevrolet Silverado, VIN: 2GCEK13M981236229

4) 2016 Harley Davidson Motorcycle, VIN: 1HD1KRM15GB606297

5) 2016 Ford F250, VIN: 1FT7W2BT2GED44572

6) 2015 Toyota Avalon, VIN: :4TBKlEB7FU160537

7) 2014 Lexus GS 350, VIN: JTHBE18L7E5043234

8) 2011 Ford F250, VIN: 1FT7W2BT7BEC84233

9) 2011 Ford Econoline Van, VIN: 1FBNE3BL1BDB12841

10) Saiga 12 shotgun, serial number: H11419121

11) Winchester SXP shotgun, serial number: 1ZAZY17285

12) Remington 11-87 shotgun, serial number: RC839911

13) Mossberg 20 gauge shotgun, serial number: T1751320

14) AK-47 rifle, serial number: AB-2313-80

15) Browning .270 rifle, serial number: 311ZW15439

16) Winchester model 70 rifle, serial number: G124655

17) Thompson Center .30-06 rifle, serial number: JAA0708

18) Ruger .22 rifle, serial number 236-28501

19) Springfield XD handgun, serial number: US686129

20) Glock 43 handgun, serial number: ZEB221

21) Glock 42 handgun, serial number: AAW4104

22) Ruger LCP handgun, serial number: 371-10002

23) Ruger CCP handgun, serial number: 37143831

24) FN Five-seven handgun, serial number: 386283213

25) North American Arms Provo Utah, .22 gun, serial number: E018258

26) Beretta 3032 Tomcat .32 auto, Accokeek MD, serial number DAA53643

27) Beretta Model 8040 F Cougar, serial number: 097556MC

28) Glock 22 handgun, serial number: AAHE454

29) Ruger Model 10/22, .22 camo print, serial number: 255-47116

30) Browning BL-22, .22, serial number: 03155PR126

31) DPMS Panther Arms St. Cloud MN 223-5.56, Model A-15, serial number: F083902

32) JC Higgins, Model 20, 12 gauge shotgun, no serial number

33) Remington Model 1100, 12 gauge Remington Arms, Ilion NY, serial number: M748165X

34) Browning Arms Co Morgan Utah, .270 caliber, no serial number

35) Ruger American 30-06, serial number: 690-32719

36) Remington Versa max shotgun, serial number: RT17662A

37) Ruger Model 10/22, .22 caliber, serial number: 250-49700

38) Remington 870 Super Mag 20-200, 12 gauge shotgun, serial number: AB701525A

39) Remington Model 1100, 12 gauge shotgun, serial number: 413440V

40) Mossburg 12 gauge shotgun, Model 835, serial number: UM500380
41) Remington Model 1100, 12 gauge shotgun, serial number: M474441M
42) Remington 870 Magnum, 12 gauge shotgun, serial number: T497998M
43) Remington, Model 11-87, 12 gauge shotgun, serial number: PC699703
44) Remington Chesapeake, Model 1100, 12 gauge shotgun, serial number: DU810057
45) Remington Wingmaster, Model 870, 12 gauge shotgun, serial number: C817573M
46) Remington, Model 870, 12 gauge shotgun, serial number: C884698M
47) Remington 410, Model 1100, gauge shotgun, serial number: L125380H
48) Remington, Model 870, 12 gauge shotgun, serial number: WFT1132
49) Remington Wingmaster, Model 8770, 12 gauge shotgun, serial number: 1249437V
50) Browning, Model Medallion, .22 caliber, serial number: 65411NM2M7
51) Winchester, Model 94, 30/30 rifle, serial number: LS23745

52) Mossberg shotgun, .410 caliber, serial number: P971681
53) Springfield Armory handgun, Model XD40, .40 caliber, serial number: US247033
54) Winchester 70-338, .22 caliber, serial number: 35CZZ03689
55) Remington Model 870 Magnum, serial number: C573171M
56) Marlin, .22 caliber, serial number: 15489402
57) Ruger 10-22, serial number: 111-32347
58) Stevens 20 gauge shotgun, serial number: P067324
59) Remington 1187, serial number: PC582803
60) Colt .38 caliber revolver, Model DA38, serial number: 74669
61) Norinco Industries, Model SKS, 7.62 caliber rifle, serial number: D24056102
62) Romarm/Cugir, Model WASR-10, 7.62 caliber rifle, serial number: A1-18370-13
63) Smith and Wesson, Model SD40VE, .40 caliber pistol, serial number: FWN2504
64) Diamondback Firearms, Model DB15, 5.56 caliber rifle, serial number: DB1706206
65) CL 762 Rifle, made by Imbel SN: 56147
66) CN Romamn S/Cugir, SN BU-4571-86
67) Colt AR 15, SN: 741717
68) AK 47 Mak 90 Sportster, 7.62 x 39 caliber, SN 9477794
69) Titan .25 caliber handgun, SN ED72851

70) Beretta, .40 caliber semi-auto pistol, SN PY81780

71) Norinco Sporter semi-auto rifle, SN 9401533

72) Professional Ordinance, semi-auto rifle, SN C03786

73) Ruger .40 caliber semi-auto pistol, SN 340-37109

74) Rock Island Armory .45 semi-auto pistol, SN RIA1404664

75) Remington Genesis, SN: 14-13-03528-07

76) Shotgun Barrel, camo color with attached Thompson Center Scope Mount

77) Two shotgun barrels, black Remington Arms

78) ANY and ALL accompanying and seized ammunition

SO ORDERED. This **28** day of November 2017.

*signature*
JAMES C. DEVER III
Chief United States District Judge