IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-00035-D

UNITED STATES OF AMERICA )
)
v. )
)
MITCHELL RAY LOCKLEAR, )
ET AL., )

## FINAL ORDER OF FORFEITURE

WHEREAS, this Court entered Preliminary Orders of Forfeiture pursuant to the provision of 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), based upon certain defendants agreeing to the forfeiture of the property listed in the Preliminary Orders of Forfeiture, to wit:

| Defendants | Preliminary Orders of Forfeiture |
|---|---|
| Def No. 1 – Mitchell R. Locklear | February 7, 2018 |
| Def No. 2 – Timmy L. Hunt | February 7, 2018 |
| Def No. 3 – Brandon D. Locklear | February 7, 2018 |
| Def No. 4 – Christopher M. Locklear | December 18, 2017 |
| Def No. 5 – Torrey Locklear | February 7, 2018 |
| Def No. 6 – Kevin D. Revels | November 13, 2018 |
| Def No. 7 – Kevin J. Clark, Jr. | June 18, 2018 |
| Def No. 8 – Archie L. Strickland | February 7, 2018 |
| Def No. 9 – Andres Garza | November 23, 2020 |

1

| | |
|---|---|
| Def No. 10 – Austin A. Godwin | May 25, 2018 |
| Def No. 11 – Eliseo Enriquez, Jr. | May 7, 2018 |
| Def No. 12 – Andrea T. Brayboy | November 28, 2017. |

All items to be forfeited are included in Exhibit A attached hereto;

AND WHEREAS, the potential claimants in this action are Keli Harris, JP Morgan Chase Bank and Chase Auto Finance;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between July 13, 2018 and August 11, 2018, between July 27, 2018 and August 25, 2018, between November 22, 2018 and December 21, 2018, between January 3, 2019 and February 1, 2019, and between February 5, 2019 and March 6, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, service of this Court's February 7, 2018 Preliminary Order of Forfeiture was made on Keli Harris via Federal Express on August 13, 2018;

AND WHEREAS, service of this Court's February 7, 2018 Preliminary Order of Forfeiture was made on JP Morgan Chase Bank via electronic mail on July 26, 2018, and Chase Auto Finance via Federal Express on July 30, 2018;

AND WHEREAS, service of this Court's Preliminary Orders of Forfeiture was made on certain of the subject vehicles between on January 8, 2019 and January 9,

2019 while in the custody of the Internal Revenue Service – Criminal Investigation, specifically:

Item 4) 2016 Harley Davidson Motorcycle, VIN: 1HD1KRM15GB606297;

Item 7) 2014 Lexus GS 350, VIN: JTHBE18L7E5043234;

Item 8) 2011 Ford F250, VIN: 1FT7W2BT7BEC84233; and

Item 9) 2011 Ford Econoline Van, VIN: 1FBNE3BL1BDB12841;

AND WHEREAS, service of this Court's Preliminary Orders of Forfeiture was made on the subject firearms and ammunition on February 5, 2019 while in the custody of the Federal Bureau of Investigation;

AND WHERAS, the United States advised the Court that the serial numbers as to certain of the subject firearms, those listed as Items 21, 23, 42 and 58 of Exhibit A to this Court's Preliminary Orders of Forfeiture were incorrectly stated. The correct serial numbers were provided during the publication and service processes, and have been correctly identified in Exhibit A attached hereto;

AND WHEREAS, service of this Court's Preliminary Orders of Forfeiture was made on the subject U. S. currency, $10,559.00 and $158,030.00, on November 20, 2018 while in the custody of the U. S. Marshal's Service;

AND WHEREAS, the United States advised this Court that the subject currency, $158,034.00, listed as Item 2 of Exhibit A to this Court's Preliminary Orders of Forfeiture was incorrectly stated. The correct amount, $158,030.00, was provided during the publication and service processes, and has been correctly identified in Exhibit A attached hereto;

3

AND WHEREAS, the United States advised this Court that the subject vehicle, a 2015 Toyota Avalon, VIN: 4TBK1EB7FU160537, and listed as Item 6 in the Preliminary Orders of Forfeiture was released to its lienholder Chase Auto Finance, and subsequently sold. The proceeds from the sale, $18,393.56, are being forfeited in lieu of the subject vehicle. Service of this Court's Preliminary Orders of Forfeiture was made on the $18,393.56 representing the proceeds from the sale of the 2015 Toyota Avalon, VIN: 4TBK1EB7FU160537 on February 5, 2019;

AND WHEREAS, the United States advised this Court that the subject vehicles listed as Items 3 and 5 of the Preliminary Orders of Forfeiture have been dealt with in a related civil forfeiture action, *United States of America v. Locklear's Personal Property, et al.*, U. S. District Court No. 7:17-CV-143-D. The specific vehicles are: Item 3 - a 2008 Chevrolet Silverado, VIN: 2GCEK13M981236229, and Item 5 - a 2016 Ford F250, VIN: 1FT7W2BT2GED44572. Hence, these specific vehicles are released from this criminal forfeiture action;

AND WHEREAS, the United States advised this Court that certain firearms listed in the Preliminary Orders of Forfeiture were not taken into federal custody or, will be returned to their owner, specifically, Items 18, 60-64, and 70;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's Preliminary Orders of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the remaining property, specifically listed in Exhibit A attached hereto, is hereby forfeited to the United States. The United States Department of Treasury and/or the United States Department of Justice are directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury and/or the United States Department of Justice as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund and/or the United States Department of Justice in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED this __25__ day of __November__, 2020.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

# Exhibit A

*USA v. Mitchell Ray Locklear, et al.*
U. S. District Court No. 7:17-CR-00035-D

Currency

1) $10,559 in U.S. Currency

2) $158,030 in U.S. Currency

Vehicles

4) 2016 Harley Davidson Motorcycle, VIN: 1HD1KRM15GB606297

6) $18,393.56 in lieu of the 2015 Toyota Avalon, VIN: 4TBK1EB7FU160537

7) 2014 Lexus GS 350, VIN: JTHBE18L7E5043234

8) 2011 Ford F250, VIN: 1FT7W2BT7BEC84233

9) 2011 Ford Econoline Van, VIN: 1FBNE3BL1BDB12841

Firearms, Ammunition and Accessories

10) Saiga 12 shotgun, serial number: H11419121

11) Winchester SXP shotgun, serial number: 1ZAZY17285

12) Remington 11-87 shotgun, serial number: RC839911

13) Mossberg 20 gauge shotgun, serial number: T1751320

14) AK-47 rifle, serial number: AB-2313-80

15) Browning .270 rifle, serial number: 311ZW15439

16) Winchester model 70 rifle, serial number: G124655

17) Thompson Center .30-06 rifle, serial number: JAA0708

1

# Exhibit A

*USA v. Mitchell Ray Locklear, et al.*
U. S. District Court No. 7:17-CR-00035-D

Currency

1) $10,559 in U.S. Currency

2) $158,030 in U.S. Currency

Vehicles

4) 2016 Harley Davidson Motorcycle, VIN: 1HD1KRM15GB606297

6) $18,393.56 in lieu of the 2015 Toyota Avalon, VIN: 4TBK1EB7FU160537

7) 2014 Lexus GS 350, VIN: JTHBE18L7E5043234

8) 2011 Ford F250, VIN: 1FT7W2BT7BEC84233

9) 2011 Ford Econoline Van, VIN: 1FBNE3BL1BDB12841

Firearms, Ammunition and Accessories

10) Saiga 12 shotgun, serial number: H11419121

11) Winchester SXP shotgun, serial number: 1ZAZY17285

12) Remington 11-87 shotgun, serial number: RC839911

13) Mossberg 20 gauge shotgun, serial number: T1751320

14) AK-47 rifle, serial number: AB-2313-80

15) Browning .270 rifle, serial number: 311ZW15439

16) Winchester model 70 rifle, serial number: G124655

17) Thompson Center .30-06 rifle, serial number: JAA0708

1

19) Springfield XD handgun, serial number: US686129

20) Glock 43 handgun, serial number: ZEB221

21) Glock 42 handgun, serial number: AAWY104

22) Ruger LCP handgun, serial number: 371-10002

23) Ruger CCP handgun, serial number: 371413831

24) FN Five-seven handgun, serial number: 386283213

25) North American Arms Provo Utah, .22 gun, serial number: E018258

26) Beretta 3032 Tomcat .32 auto, Accokeek MD, serial number DAA53643

27) Beretta Model 8040 F Cougar, serial number: 097556MC

28) Glock 22 handgun, serial number: AAHE454

29) Ruger Model 10/22, .22 camo print, serial number: 255-47116

30) Browning BL-22, .22, serial number: 03155PR126

31) DPMS Panther Arms St. Cloud MN 223-5.56, Model A-15, serial number: F083902

32) JC Higgins, Model 20, 12 gauge shotgun, no serial number

33) Remington Model 1100, 12 gauge Remington Arms, Ilion NY, serial number: M748165X

34) Browning Arms Co Morgan Utah, .270 caliber, no serial number

35) Ruger American 30-06, serial number: 690-32719

2

36) Remington Versa max shotgun, serial number: RT17662A

37) Ruger Model 10/22, .22 caliber, serial number: 250-49700

38) Remington 870 Super Mag 20-200, 12 gauge shotgun, serial number: AB701525A

39) Remington Model 1100, 12 gauge shotgun, serial number: 413440V

40) Mossberg 12 gauge shotgun, Model 835, serial number: UM500380

41) Remington Model 1100, 12 gauge shotgun, serial number: M474441M

42) Remington 870 Magnum, 12 gauge shotgun, serial number: 1497998M

43) Remington, Model 11-87, 12 gauge shotgun, serial number: PC699703

44) Remington Chesapeake, Model 1100, 12 gauge shotgun, serial number: DU810057

45) Remington Wingmaster, Model 870, 12 gauge shotgun, serial number: C817573M

46) Remington, Model 870, 12 gauge shotgun, serial number: C884698M

47) Remington 410, Model 1100, gauge shotgun, serial number: L125380H

48) Remington, Model 870, 12 gauge shotgun, serial number: WFT1132

49) Remington Wingmaster, Model 8770, 12 gauge shotgun, serial number: 1249437V

50) Browning, Model Medallion, .22 caliber, serial number: 65411NM2M7

51) Winchester, Model 94, 30/30 rifle, serial number: LS23745

52) Mossberg shotgun, .410 caliber, serial number: P971681

53) Springfield Armory handgun, Model XD40, .40 caliber, serial number: US247033

54) Winchester 70-338, .22 caliber, serial number: 35CZZ03689

3

55) Remington Model 870 Magnum, serial number: C573171M

56) Marlin, .22 caliber, serial number: 15489402

57) Ruger 10-22, serial number: 111-32347

58) Stevens 20 gauge shotgun, serial number: PO67324

59) Remington 1187, serial number: PC582803

65) CL 762 Rifle, made by Imbel SN: 56147

66) CN Romamn S/Cugir, SN BU-4571-86

67) Colt AR 15, SN: 741717

68) AK 47 Mak 90 Sportster, 7.62 x 39 caliber, SN 9477794

69) Titan .25 caliber handgun, SN ED72851

71) Norinco Sporter semi-auto rifle, SN 9401533

72) Professional Ordinance, semi-auto rifle, SN C03786

73) Ruger .40 caliber semi-auto pistol, SN 340-37109

74) Rock Island Armory .45 semi-auto pistol, SN RIA1404664

75) Remington Genesis, SN: 14-13-03528-07

76) Shotgun Barrel, camo color with attached Thompson Center Scope Mount

77) Two shotgun barrels, black Remington Arms

78) ANY and ALL accompanying and seized ammunition

4