# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

150 Rowan St. Suite 110
Fayetteville, NC 28301-4920
Phone: 910-354-2542
Fax: 910-483-2690

**DATE:** January 5, 2021

**FROM:** Van R. Freeman, Jr.
Deputy Chief U.S. Probation Officer

**SUBJECT:** BRAYBOY, Andrea True
Case No.: 7:17-CR-35-12D
**Request for Early Termination**

**TO:** James C. Denver III
United States District Judge

On November 28, 2017, Andrea True Brayboy was convicted of Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Marijuana, Cocaine, and Cocaine Base (Crack). Ms. Brayboy appeared in United States District Court for the Eastern District of North Carolina and received 30 months of imprisonment followed by 3 years of supervised release. She began supervision on September 10, 2019.

Ms. Brayboy has performed satisfactorily on supervision. She has submitted to DNA testing, all drug screens have been negative, and she has been on low intensity supervision since December 6, 2019. Ms. Brayboy has met all her monetary obligations. Her term of supervision is set to expire on September 9, 2022.

The probation office is requesting early termination based upon her compliance and our assessment of her as a low risk offender. The U.S. Attorney's Office disagrees with our recommendation for early termination, based on the defendant not serving half of her supervision term. Please indicate the court's preference by marking the appropriate selection below.

☐ I agree with the recommendation and have signed the enclosed Order.
☑ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____
James C. Denver III
United States District Judge

1/6/21
Date